**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD SANTOS,<br><br>     Plaintiff<br><br>v.<br><br>JOSEPH BENSON, et al.,<br><br>     Defendants | Case No.: 3:23-cv-00591-CSD<br><br>**Order**<br><br>Re: ECF No.41 |

On October 31, 2025, Plaintiff filed a motion for an order scheduling a settlement conference in this matter. (ECF No. 41.)

To date, Defendants have not filed a response. On or before **December 8, 2025**, Defendants shall file a response to Plaintiff's motion for a court settlement conference.

**IT IS SO ORDERED**.

Dated: December 2, 2025

_____
Craig S. Denney
United States Magistrate Judge