CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
CRAIG D. SLATER, ESQ.
Nevada State Bar No. 8667
**LUH & ASSOCIATES**
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
T: (702) 367-8899 F: (702) 384-8899
E-Mail: cluh@luhlaw.com
E-Mail: cslater@luhlaw.com
*Attorneys for Defendants Karly Robb and Rabbi*
*Yecheskel Goldstein*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

3:23-cv-00591-CSD

| RONALD SANTOS | CASE NO.: |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR** |
| | **DISMISSAL OF KARLY ROBB AND** |
| JOSEPH BENSON, et. Al | **RABBI YECHESKEL GOLDSTEIN WITH** |
| | **PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Santos, Nevada Department of Corrections (NDOC) Defendants, Keith Benson, John Keast, Joseph Benson, Michael Minev, Thomas Wyatt, Kenneth Yannikos, Cary Dyer, and Charles Daniels, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Kyle L. Hill, Deputy Attorney General, and Aramark Defendants, Yecheskel Goldstein and Karly Robb, by and through counel, Craig D. Slater, Esq. of Luh & Associates, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the Aramark Defendants, Yecheskel Goldstein and Karly Robb are hereby dismissed from the above-captioned matter **with** prejudice pursuant to FRCP 41(a)(2).

/ / /

/ / /

This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay.

DATED: March 5, 2026.

**RONALD SANTOS**
**In proper person**

_Ronald Santos_

**LUH & ASSOCIATES**

/s/ Craig D. Slater

CRAIG D. SLATER, ESQ.
Nevada State Bar No. 8667
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
Attorneys for *Hirschi Companies LLC*

**AARON FORD, Attorney General**

/s/ Kyle L. Hill

KYLE L. HILL, ESQ.
Nevada State Bar No. 16094
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
*Attorneys for Defendants Keith Benson, John Keast, Joseph Benson, Michael Minev, Thomas Wyatt, Kenneth Yannikos, Cary Dyer, and Charles Daniels*

## ORDER

**IT IS SO ORDERED.** The Aramark Defendants, Yecheskel Goldstein and Karly Robb are hereby dismissed from the above-captioned matter **with** prejudice pursuant to FRCP 41(a)(2).

DATED: March 5 , 2026

Craig S. Denney
United States Magistrate Judge