AARON D. FORD
  Attorney General
KYLE L. HILL, (Bar No.16094)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
(702) 486-3768 (fax)
Email: khill@ag.nv.gov

*Attorneys for Defendants Keith Benson, John Keast, Joseph Benson, Michael Minev, Thomas Wyatt, Kenneth Yannikos, Cary Dyer, and Charles Daniels*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD SANTOS,<br><br>                        Plaintiff,<br><br>v.<br><br>JOSEPH BENSON, *et al.*,<br><br>                        Defendant. | Case No. 3:23-cv-00591-CSD<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER TO**<br>**DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Santos, and Nevada Department of Corrections (NDOC) Defendants, Keith Benson, John Keast, Joseph Benson, Michael Minev, Thomas Wyatt, Kenneth Yannikos, Cary Dyer, and Charles Daniels, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Kyle L. Hill, Deputy Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

Page 1

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot. Aramark Defendants were previously dismissed from this matter prior to the Parties entering into a settlement agreement.

DATED this 5th day of March, 2026.

By:/s/ _Ronald Santos_
RONALD SANTOS
Plaintiff

DATED this 5th day of March, 2026

AARON D. FORD
Attorney General

By: _____
KYLE L. HILL (Bar No. 16094)
Deputy Attorney General
*Attorneys for NDOC Defendants*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED: April 27, 2026

_____
UNITED STATES MAGISTRATE JUDGE